IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRYAN E. SHANKLE, et al.**                                                    **PLAINTIFFS**

V.                                           NO. 4:22CV556-JM

**KROGER CO.**                                                                    **DEFENDANT**

## ORDER OF DISMISSAL

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 18th day of November, 2024.

_____
James M. Moody Jr.
United States District Judge